UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION


DERRICK A. GORDON,

      Plaintiff,

v.                                      Case No. 5:18cv179-MCR-CJK

JULIE L. JONES, Secretary of the
Florida Department of Corrections,

      Defendant.

_____/

<u>REPORT AND RECOMMENDATION</u>

On August 16, 2018, the undersigned entered an order (doc. 3) noting plaintiff had neither paid the $400.00 filing fee nor submitted a motion to proceed *in forma pauperis* and advising the case cannot proceed until plaintiff either pays the filing fee or establishes indigence. The undersigned directed the clerk of court to send plaintiff a complete set of forms needed for filing a motion to proceed *in forma pauperis* and allowed plaintiff 30 days in which to either file a completed motion to proceed *in forma pauperis* or pay the $400.00 filing fee.

The undersigned advised that a complete application to proceed *in forma pauperis* includes a motion with supporting affidavit and a prisoner consent form and financial certificate with attachments (a printout of the transactions in plaintiff's inmate trust account for the past 6 months). The undersigned also advised that failure to comply with the order as instructed would result in a recommendation that the case be dismissed for failure to prosecute and/or failure to comply with an order of the court.

Plaintiff filed a motion to proceed *in forma pauperis*. *See* doc. 5. The motion, however, was deficient in that plaintiff did not attach a printout of the last 6 months of transactions in his inmate trust account. It also appears plaintiff, rather than an authorized penal official, signed the financial certificate. The undersigned thus entered an order (doc. 7) advising plaintiff that no further action would be taken on this case until plaintiff either corrected these deficiencies or paid the $400 filing fee.

The undersigned directed the clerk of court to send plaintiff a complete set of forms needed for filing a motion to proceed *in forma pauperis* and allowed plaintiff 30 days in which to either file a completed motion to proceed *in forma pauperis* or pay the $400.00 filing fee. The undersigned advised that failure to comply with the order as instructed would result in a recommendation that the case be dismissed for failure to prosecute and/or failure to comply with an order of the court. After more

than 30 days passed and plaintiff had not complied, the undersigned entered an order

(doc. 8) directing plaintiff to show cause within 14 days why the matter should not

be dismissed for failure to prosecute and/or failure to comply with an order of the

court.  More than 14 days have passed and plaintiff has not complied.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's

failure to prosecute and/or failure to comply with an order of the court.

2.  That the Clerk be directed to close the file.

At Pensacola, Florida this 6th day of December, 2018.


*/s/ Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**


## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of objections shall be served upon the magistrate judge and all other parties.  A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.**