## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

DERRICK A. GORDON,

    Plaintiff,

v.                                      CASE NO. 5:18cv179-MCR-CJK

JULIE L. JONES, Secretary of the
Florida Department of Corrections,

    Defendant.

_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 6, 2018. ECF No. 9. Plaintiff has been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is DISMISSED WITHOUT PREJUDICE for Plaintiff's failure to prosecute and/or failure to comply with an order of the Court.

3. The Clerk shall close the file.

**DONE AND ORDERED** this 20th day of December 2018.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**